■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL SUZANA, Appellant. [48 NYS3d 363]—

Judgments, Supreme Court, New York County (Michael J. Obus, J.), rendered December 12, 2013, convicting defendant, upon his pleas of guilty, of criminal possession of a weapon in the fourth degree and criminal mischief in the third degree, and sentencing him to concurrent terms of six months, unanimously affirmed.

Defendant made a valid waiver of his right to appeal (*see People v Bryant*, 28 NY3d 1094 [2016]). The court did not conflate the right to appeal with the rights automatically forfeited by pleading guilty. Instead, it separately explained to defendant that as part of his plea bargain, he was agreeing to waive his right to appeal. Defendant confirmed that he understood, and the oral colloquy was supplemented by a written waiver that was explained to defendant by his counsel with the aid of an interpreter.

Regardless of whether defendant validly waived his right to appeal, his argument regarding the court's summary denial of a portion of his suppression motion is unpreserved and unavailing (*see People v Bayron*, 119 AD3d 444 [1st Dept 2014], *lv denied* 25 NY3d 987 [2015]). Concur—Andrias, J.P., Feinman, Gische and Gesmer, JJ.